IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LEE HUNT, as Personal Representative of the
Wrongful Death Estate of Ariza Barreras and
GABRIELLE VALDEZ, as Guardian Ad Litem
For T.B. and F.B., minor children,

    Plaintiffs,

v.                                           Case No. 1:19-cv-00700 KWR-KRS

STEPHANIE CROWNOVER, in her personal
Capacity acting under color of state
law; LEAH MONTANO, in her personal
capacity acting under color of state
law; GWENDOLYN GRIFFIN, in her personal
capacity acting under color of state
law; of state law; KIM CHAVEZ-BUIE,
in her personal capacity acting under
color of state law; MICHELLE HILL, in
her personal capacity acting under
color of state law; LORA VALDEZ, in her
personal capacity acting under color of
state law; and THE NEW MEXICO CHILDREN,
YOUTH AND FAMILIES DEPARTMENT,

    Defendants.

**STIPULATED ORDER TO MODIFY THE DEADLINES SET FORTH IN THE
STIPULATED ORDER VACATING ALL DEADLINES SET FORTH
IN THE INITIAL SCHEDULING ORDER [DOC.13]**

THIS MATTER comes before the Court on the stipulation of the parties to modify the deadlines set forth in the Stipulated Order Vacating All Deadlines Set Forth in the Initial Scheduling Order [Doc. 13]. The Court, being otherwise fully advised, hereby orders:

1. Plaintiffs' deadline to file their response to Defendants' Motion and Memorandum for Judgment on the Pleadings on the Basis of Failure to State A Claim and Qualified Immunity [Doc. 20] is January 21, 2020.

2. Defendants' deadline to file their reply brief is February 24, 2020.

3. The deadline to mediate this matter is March 13, 2020.

_____
U.S. Magistrate Judge Kevin R. Sweazea
United States District Court

APPROVED BY:

**MARTINEZ, HART, THOMPSON & SANCHEZ, P.C.**

*/s/ F. Michael Hart*
F. Michael Hart
Kelly Stout Sanchez
1801 Rio Grande Blvd., NW – Suite A
Albuquerque, NM 87104
(505) 343-1776
(505) 344-7709 facsimile
mikeh@osolawfirm.com
kellys@osolawfirm.com

**RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.**

*/s/ Andrew G. Schultz*
Andrew G. Schultz
P.O. Box 1888
Albuquerque, NM 87103
(505) 765-5900
(505) 768-7395 facsimile
aschultz@rodey.com
*Attorneys for Plaintiff Gabrielle Valdez, as*
*Guardian ad litem for T.B. and F.B., minor children*

**WILLIAMS INJURY LAW, P.C.**

*/s/ Bryan Williams*
Bryan Williams
4801 All Saints Rd NW
Albuquerque, NM 87120
505-594-4444
505-214-5990 fax
bryan@bryan4results.com
*Attorneys for Plaintiff Lee Hunt, as Personal Representative*
*of the Wrongful Death Estate of Ariza Barreras*

**WIGGINS, WILLIAMS & WIGGINS**

*Approved via email 01/15/2020*
Patricia Williams
P.O. Box 1308
Albuquerque, NM 87103-1308
(505) 764-8400
(505) 764-8585 fax
pwilliams@wwwlaw.us
*Attorney for Defendant Stephanie Crownover*

**WALZ & ASSOCIATES, P.C.**

*Approved via email 01/15/2020*
Jerry A. Walz, Esq.
133 Eubank Blvd. NE
Albuquerque, NM 87123
505-275-1800
Jerryawalz@walzandassociates.com
*Attorneys for Leah Montano, Gwendolyn Griffin, Kim Chavez-Buie, Michelle Hill, Lora Valdez, and New Mexico Children, Youth & Families Department*