# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

LEE HUNT, as Personal Representative of the
Wrongful Death Estate of Ariza Barreras, and
GABRIELLE VALDEZ, Guardian ad Litem for
T.B. and F.B., minor children,

       Plaintiffs,

v.                                                     No. 1:19-cv-700 KWR/KRS

STEPHANIE CROWNOVER, LEAH MONTANO,
GWENDOLYN GRIFFIN, KIM CHAVEZ-BUIE,
MICHELLE HILL, LORA VALDEZ, all in their personal
Capacities acting under color of state law,
and THE NEW MEXICO CHILDREN, YOUTH
AND FAMILIES DEPARTMENT,

       Defendants.

## ORDER ADOPTING JOINT STATUS REPORT AND
## PROVISIONAL DISCOVERY PLAN WITH MODIFICATIONS

At the Rule 16 scheduling conference held on September 21, 2022, the Court reviewed the parties' Joint Status Report and Provisional Discovery Plan, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

**IT IS SO ORDERED**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE