**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**CLERK'S MINUTES**
**BEFORE THE HONORABLE KEA W. RIGGS**

| | | | |
|---|---|---|---|
| **CASE NO.:** | 1:19-cv-00700-KWR-KRS | **DATE:** | Tuesday, January 24, 2023 |
| **TITLE:** | Hunt et al v. Crownover et al | | |
| **COURTROOM DEPUTY/ JUDICIAL ASSISTANT:** | V. Espinoza | **COURT REPORTER:** | D. Schutte Everett |
| **COURT IN SESSION:** | 10:59 a.m.-11:28 a.m. | **TOTAL TIME:** | 29 minutes |
| **TYPE OF PROCEEDINGS:** | Zoom Fairness Hearing | | |
| **COURT RULING:** | Court adopted findings in court-appointed GAL's report. Court approved minor settlement and attorneys' fees. Counsel to submit proposed order. | | |

**ATTORNEYS FOR PLAINTIFF(S):**
Bryan L. Williams, Andrew G. Schultz, Kelly Stout Sanchez

**ATTORNEYS FOR DEFENDANT(S):**
Jerry A. Walz

**GUARDIAN AD LITEM FOR MINORS:**
Gabrielle Valdez

**COURT-APPOINTED GUARDIAN AD LITEM:**
Alysan Boothe Collins

**PROCEEDINGS:**

| | |
|---|---|
| **10:59 a.m.** | Court in session. Counsel entered their appearances for the record. |
| **11:02 a.m.** | Mr. Walz called Gabrielle Valdez, GAL for minors, to provide sworn testimony. Ms. Valdez sworn by Court and provided testimony. |
| **11:12 a.m.** | Mr. Walz called Richard Barreras, parent and legal guardian of minors, to provide sworn testimony. Mr. Barreras sworn by Court and provided testimony. |
| **11:23 a.m.** | Court addressed counsel. Mr. Walz had no objections to GAL's report or the findings contained therein. |
| **11:24 a.m.** | Ms. Boothe Collins, court-appointed Guardian ad Litem addressed the Court. |
| **11:26 a.m.** | Court adopted findings in court-appointed GAL's report. Court approved minor settlement and attorneys' fees. Counsel to submit order. |
| **11:28 a.m.** | Court in recess. |