IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LEE HUNT, as Personal Representative of the
Wrongful Death Estate of Ariza Barreras and
GABRIELLE VALDEZ, as Guardian Ad Litem
For T.B. and F.B., minor children,

    Plaintiffs,

v.                                                                                                     No. 1:19-cv-00700-KWR-KRS

STEPHANIE CROWNOVER, in her personal
Capacity acting under color of state
law; LEAH MONTANO, in her personal
capacity acting under color of state
law; GWENDOLYN GRIFFIN, in her personal
capacity acting under color of state
law; of state law; KIM CHAVEZ-BUIE,
in her personal capacity acting under
color of state law; MICHELLE HILL, in
her personal capacity acting under
color of state law; LORA VALDEZ, in her
personal capacity acting under color of
state law; and THE NEW MEXICO CHILDREN,
YOUTH AND FAMILIES DEPARTMENT,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before the Court on the Joint Motion to Dismiss Defendant New Mexico Children, Youth and Families Department With Prejudice and Dismiss the Case with Prejudice [Doc. 57], the Court having found that it has jurisdiction over the parties and the subject matter of this suit, that all matters of fact and things in controversy have been fully and finally settled between the parties, hereby finds that the Joint Motion is **WELL-TAKEN** and should be **GRANTED.**

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendant New Mexico Children, Youth and Families Department and this matter are **DISMISSED WITH PREJUDICE**,

with each party to bear their own costs and attorney's fees.

   **IT IS SO ORDERED.**



              **KEA W. RIGGS**
              **UNITED STATES DISTRICT JUDGE**

**APPROVED BY:**

**MARTINEZ, HART, SANCHEZ & ROMERO, P.C.**

 */s/ Kelly Stout Sanchez*
Kelly Stout Sanchez
F. Michael Hart
Julio C. Romero
1801 Rio Grande Blvd., NW – Suite A
Albuquerque, NM 87104
Telephone: (505) 343-1776
Facsimile: (505) 344-7709
kellys@osolawfirm.com
mikeh@osolawfirm.com
julior@osolawfirm.com


**RODEY, DICKASON, SLOAN,
AKIN & ROBB, P.A.**

 */s/ Andrew G. Schultz*
Andrew G. Schultz
Melanie B. Stambaugh
P.O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
aschultz@rodey.com
mstambaugh@rodey.com
*Attorneys for Plaintiff Gabrielle Valdez, as Guardian Ad Litem for T.B. and F.B., minor children*

**WILLIAMS INJURY LAW, P.C.**

 */s/ Bryan Williams*
Bryan Williams
4801 All Saints Rd NW
Albuquerque, NM 87120
Telephone: (505) 594-4444

Facsimile: (505) 214-5990 fax
bryan@bryan4results.com
*Attorneys for Plaintiff Lee Hunt, as Personal Representative of the Wrongful Death Estate of Ariza Barreras*


**WALZ AND ASSOCIATES P.C.**

 */s/ Jerry A. Walz*
Jerry A. Walz, Esq.
133 Eubank Blvd NE
Albuquerque, New Mexico 87123-2709
(505) 275-1800
(505) 275-1802 (facsimile)
jerryawalz@walzandassociates.com
*Attorney for Defendant New Mexico Children,*
*Youth and Families Department*